

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00789-CV

**IN RE** Harry **GROVE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  November 19, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed this petition for writ of mandamus on November 13, 2014, regarding the results of the November 4, 2014 election for Floresville City Council Place No. 1.

The parties have advised this court that they have reached an agreement fully resolving the dispute underlying this proceeding, and have jointly requested the petition for writ of mandamus be dismissed. Accordingly, this original mandamus proceeding is dismissed.

PER CURIAM

---

[1] This proceeding concerns the results of the November 4, 2014 election for Floresville City Council Place No. 1.